■ MARY WATERS, Respondent, v. ALMA COLLINS, Appellant.— Motion to resettle order denied, without costs. Bergan, J. P., Gibson and Reynolds, JJ., concur; Herlihy, J., not voting.

■ M-L SERVICING, INC., Respondent, v. JOHN B. BRIGGS et al., Appellants, et al., Defendants.— Motion for permission to appeal to the Court of Appeals denied, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ FRANCES LEVINSON et al., Appellants, v. JOEL S. POMERANTZ et al., Plaintiffs, and GROSSINGER REALTY CORP. et al., Respondents, et al., Defendant. — Motion to dismiss appeal granted, by default, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ RAYMOND B. VORCE, Appellant, v. ALBERT J. ROSS, Respondent.— Motion to dismiss appeal granted, by default, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.